Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−25396−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  David G Filippini
  49 Siek Road
  Butler, NJ 07405

Social Security No.:
  xxx−xx−6843

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 11/07/2017 and a confirmation hearing on such Plan has been scheduled for 10/25/2017 at 09:00 AM.

The debtor filed a Modified Plan on 11/07/2017 and a confirmation hearing on the Modified Plan is scheduled for 12/13/2017 at 09:00 AM. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: November 8, 2017
JAN: dlr

Jeanne Naughton
Clerk

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                    Case No. 17-25396-SLM
David G Filippini                                                         Chapter 13
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2                  Date Rcvd: Nov 08, 2017
                               Form ID: 186                Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
db             +David G Filippini,    49 Siek Road,    Butler, NJ 07405-2022
516973219     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,      201 Little Falls Dr,
                 Wilmington, DE 19808)
516973221      +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
516973220      +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
516973222      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
516973223      +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
516973224      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
516973225      +Court Officer J. Douglas Ort,     Superior Court of New Jersey,    Special Civil Part,
                 PO Box 337,    Budd Lake, NJ 07828-0337
516973228      +Equifax,    PO BOX  740241,    Atlanta, GA 30374-0241
516973229      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
516973231      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516973230       First Premier Bank,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516973233       Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516973234      +Fst Premier,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4824
516973236      +McCabe, Weisberg & Conway, PC,     216 Haddon Ave,    Suite 201,    Westmont, NJ 08108-2818
516973241      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516973243       State of New Jersey,    Department of Labor,    PO BOX 951,    Trenton, NJ 08625-0951
516973244      +Suzanne Filippini,    49 Siek Road,    Butler, NJ 07405-2022
516973251     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,     Po Box 8026,    Cedar Rapids, IA 52408)
516973250      +Target,    Po Box 673,    Minneapolis, MN 55440-0673
516973249      +Target,    C/O Financial & Retail Srvs,    Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
516991743      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516973252      +Trans Union,    PO BOX 2000,    Chester, PA 19022-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 08 2017 22:44:09      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 08 2017 22:44:06      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2017 22:47:03
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
516973218       E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 08 2017 22:44:16      American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
516973227       E-mail/Text: mrdiscen@discover.com Nov 08 2017 22:43:26      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
516983323       E-mail/Text: mrdiscen@discover.com Nov 08 2017 22:43:26      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516973226      +E-mail/Text: mrdiscen@discover.com Nov 08 2017 22:43:26      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516973232      +E-mail/Text: fggbanko@fgny.com Nov 08 2017 22:43:29      Forster, Garbus & Garbus,
                 7 Banta Place,    Hackensack, NJ 07601-5604
516973235      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 08 2017 22:46:37      LVNV Funding,
                 Po Box 10497,    Greenville, SC 29603-0497
517166362       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 08 2017 22:46:55
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516973240       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2017 22:47:17
                 Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
516973239       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2017 22:46:58
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517113694       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2017 22:47:17
                 Portfolio Recovery Associates, LLC,     c/o Barclaycard,    POB 41067,    Norfolk VA 23541
517101143       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2017 22:46:58
                 Portfolio Recovery Associates, LLC,     c/o The Home Depot,    POB 41067,    Norfolk VA 23541
516973237      +E-mail/Text: bankruptcy@loanpacific.com Nov 08 2017 22:44:58      Pacific Union Financia,
                 1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
517131828      +E-mail/Text: bankruptcy@loanpacific.com Nov 08 2017 22:44:58      Pacific Union Financial, LLC,
                 1603 LBJ Freeway,    Suite 500,    Dallas, TX 75234-6071
516973238      +E-mail/Text: bankruptcypgl@plaingreenloans.com Nov 08 2017 22:44:33      Plain Green Loans,
                 93 Mack Rd  Ste 600,    Po Box 270,    Box Elder, MT 59521-0270
517133644      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 08 2017 22:44:21      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,     Po Box 7999,    Saint Cloud Mn 56302-7999
516973242      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 08 2017 22:46:33      Regional Acceptance Co,
                 621 W Newport Pike,    Wilmington, DE 19804-3235
516996740       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 08 2017 22:46:33      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
516973245      +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2017 22:47:03      Syncb Bank/American Eagle,
                 Attn: Bankruptcy,    Po Box 965064,    Orlando, FL 32896-5064
```

```
District/off: 0312-2          User: admin               Page 2 of 2                  Date Rcvd: Nov 08, 2017
                              Form ID: 186              Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516973246        +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2017 22:46:28      Syncb Bank/American Eagle,
                  Po Box 965005,    Orlando, FL 32896-5005
516978864        +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2017 22:46:44      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516973247        +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2017 22:46:44      Synchrony Bank/Walmart,
                  Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516973248        +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2017 22:47:03      Synchrony Bank/Walmart,
                  Po Box 965024,    Orlando, FL 32896-5024
                                                                                                 TOTAL: 25

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Pacific Union Financial, LLC nj-ecfmail@mwc-law.com
              Scott E. Tanne    on behalf of Debtor David G Filippini info@tannelaw.com, clerk@tannelaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 5
```