Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−25396−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  David G Filippini
  49 Siek Road
  Butler, NJ 07405

Social Security No.:
  xxx−xx−6843

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/5/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 6, 2018
JAN: rah

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                           Case No. 17-25396-SLM
David G Filippini                                                Chapter 13
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Feb 06, 2018
                              Form ID: 148             Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2018.
db             +David G Filippini,    49 Siek Road,    Butler, NJ 07405-2022
516973219     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,     201 Little Falls Dr,
                 Wilmington, DE 19808)
516973225      +Court Officer J. Douglas Ort,    Superior Court of New Jersey,    Special Civil Part,
                 PO Box 337,   Budd Lake, NJ 07828-0337
516973228      +Equifax,   PO BOX 740241,    Atlanta, GA 30374-0241
516973229      +Experian,   PO BOX 9701,    Allen, TX 75013-9701
516973230       First Premier Bank,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516973233       Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
516973236      +McCabe, Weisberg & Conway, PC,    216 Haddon Ave,    Suite 201,    Westmont, NJ 08108-2818
516973241      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516973243       State of New Jersey,    Department of Labor,    PO BOX 951,    Trenton, NJ 08625-0951
516973244      +Suzanne Filippini,    49 Siek Road,    Butler, NJ 07405-2022
516991743      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
516973252      +Trans Union,    PO BOX 2000,    Chester, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 06 2018 23:18:42      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2018 23:18:40      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Feb 06 2018 22:48:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,   Norfolk, VA 23541-1021
516973218       EDI: HNDA.COM Feb 06 2018 22:48:00      American Honda Finance,    Po Box 168088,
                 Irving, TX 75016
517195082       EDI: BECKLEE.COM Feb 06 2018 22:48:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516973220      +EDI: AMEREXPR.COM Feb 06 2018 22:48:00      Amex,   Correspondence,    Po Box 981540,
                 El Paso, TX 79998-1540
516973221      +EDI: AMEREXPR.COM Feb 06 2018 22:48:00      Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
516973222      +EDI: TSYS2.COM Feb 06 2018 22:48:00      Barclays Bank Delaware,    100 S West St,
                 Wilmington, DE 19801-5015
516973223      +EDI: TSYS2.COM Feb 06 2018 22:48:00      Barclays Bank Delaware,    Po Box 8803,
                 Wilmington, DE 19899-8803
516973224      +EDI: CHASE.COM Feb 06 2018 22:48:00      Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
516973227       EDI: DISCOVER.COM Feb 06 2018 22:48:00      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
516983323       EDI: DISCOVER.COM Feb 06 2018 22:48:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
516973226      +EDI: DISCOVER.COM Feb 06 2018 22:48:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
516973231      +EDI: AMINFOFP.COM Feb 06 2018 22:48:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
516973232      +E-mail/Text: fggbanko@fgny.com Feb 06 2018 23:18:02      Forster, Garbus & Garbus,
                 7 Banta Place,   Hackensack, NJ 07601-5604
516973234      +EDI: AMINFOFP.COM Feb 06 2018 22:48:00      Fst Premier,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4824
516973235      +EDI: RESURGENT.COM Feb 06 2018 22:48:00      LVNV Funding,    Po Box 10497,
                 Greenville, SC 29603-0497
517166362       EDI: RESURGENT.COM Feb 06 2018 22:48:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
516973240       EDI: PRA.COM Feb 06 2018 22:48:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502
516973239       EDI: PRA.COM Feb 06 2018 22:48:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517113694       EDI: PRA.COM Feb 06 2018 22:48:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541
517101143       EDI: PRA.COM Feb 06 2018 22:48:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                 POB 41067,    Norfolk VA 23541
516973237      +E-mail/Text: bankruptcy@loanpacific.com Feb 06 2018 23:19:22       Pacific Union Financia,
                 1603 Lbj Fwy Ste 500,    Farmers Branch, TX 75234-6071
517131828      +E-mail/Text: bankruptcy@loanpacific.com Feb 06 2018 23:19:22       Pacific Union Financial, LLC,
                 1603 LBJ Freeway,    Suite 500,   Dallas, TX 75234-6071
516973238      +E-mail/Text: bankruptcypgl@plaingreenloans.com Feb 06 2018 23:19:03       Plain Green Loans,
                 93 Mack Rd Ste 600,    Po Box 270,   Box Elder, MT 59521-0270
517133644      +EDI: JEFFERSONCAP.COM Feb 06 2018 22:48:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517222593       EDI: Q3G.COM Feb 06 2018 22:48:00      Quantum3 Group LLC as agent for,
                 Galaxy International Purchasing LLC,    PO Box 788,    Kirkland, WA 98083-0788
517205456       EDI: Q3G.COM Feb 06 2018 22:48:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
```

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Feb 06, 2018
                              Form ID: 148             Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516973242      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 06 2018 23:16:21      Regional Acceptance Co,
                 621 W Newport Pike,    Wilmington, DE 19804-3235
516996740       E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Feb 06 2018 23:16:21      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
516973245      +EDI: RMSC.COM Feb 06 2018 22:48:00      Syncb Bank/American Eagle,    Attn: Bankruptcy,
                 Po Box 965064,    Orlando, FL 32896-5064
516973246      +EDI: RMSC.COM Feb 06 2018 22:48:00      Syncb Bank/American Eagle,    Po Box 965005,
                 Orlando, FL 32896-5005
516978864      +EDI: RMSC.COM Feb 06 2018 22:48:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
516973247      +EDI: RMSC.COM Feb 06 2018 22:48:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
516973248      +EDI: RMSC.COM Feb 06 2018 22:48:00      Synchrony Bank/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
517212980      +E-mail/Text: bncmail@w-legal.com Feb 06 2018 23:18:50      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516973251       EDI: TFSR.COM Feb 06 2018 22:48:00      Toyota Motor Credit Co,    Po Box 8026,
                 Cedar Rapids, IA 52408
516973250      +EDI: WTRRNBANK.COM Feb 06 2018 22:48:00      Target,    Po Box 673,   Minneapolis, MN 55440-0673
516973249      +EDI: WTRRNBANK.COM Feb 06 2018 22:48:00      Target,    C/O Financial & Retail Srvs,
                 Mailstopn BT POB 9475,    Minneapolis, MN 55440-9475
                                                                                              TOTAL: 39

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Pacific Union Financial, LLC NJECFMAIL@mwc-law.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Pacific Union Financial, LLC nj-ecfmail@mwc-law.com
              Scott E. Tanne    on behalf of Debtor David G Filippini info@tannelaw.com,
               tanne.ecf.email@gmail.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```